UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisania D. Arias et al.,

                               Plaintiffs,

           -against-

Jacob Hanocka et al.,

                               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/29/2020__

1:18-cv-10648 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Tuesday, July 7, 2020, at 12:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:      New York, New York
                June 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge