UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisania D. Arias et al.,

                                  Plaintiffs,

          -against-

Jacob Hanocka et al.,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

1:18-cv-10648 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than December 18, 2020, the parties shall file a joint letter advising the Court as to the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               December 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge