UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/24/2021
```

Lisania D. Arias et al.,

                              Plaintiffs,

           -against-

Jacob Hanocka et al.,

                              Defendants.

1:18-cv-10648 (GBD) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action having closed on Friday, August 20, 2021 (*see* Order, ECF No. 46), it is hereby Ordered that, no later than Friday, August 27, 2021, the parties shall file a joint letter advising the Court as to whether they (1) anticipate any dispositive motions and/or (2) would like to schedule a settlement conference. If the parties anticipate any dispositive motions, their joint letter shall propose a briefing schedule.  If the parties would like to schedule a settlement conference, their joint letter shall indicate four mutually-agreeable dates on which all parties and counsel are available, specifying for each such date whether the parties are available in the morning or the afternoon (or both).

**SO ORDERED.**

Dated:        New York, New York
              August 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge